# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Re: Kevin Zimmerman )
    ADA Litigation )
_____ )

| | | |
|---|---|---|
| 2:17-cv-00304-GMN-GWF | 2:17-cv-00528-GMN-GWF | 2:17-cv-00800-GMN-GWF |
| 2:17-cv-00305-GMN-GWF | 2:17-cv-00529-GMN-GWF | 2:17-cv-00801-GMN-GWF |
| 2:17-cv-00306-GMN-GWF | 2:17-cv-00531-GMN-GWF | 2:17-cv-00809-GMN-GWF |
| 2:17-cv-00307-GMN-GWF | 2:17-cv-00532-GMN-GWF | 2:17-cv-00811-GMN-GWF |
| 2:17-cv-00308-GMN-GWF | 2:17-cv-00533-GMN-GWF | 2:17-cv-00812-GMN-GWF |
| 2:17-cv-00309-GMN-GWF | 2:17-cv-00535-GMN-GWF | 2:17-cv-00813-GMN-GWF |
| 2:17-cv-00310-GMN-GWF | 2:17-cv-00536-GMN-GWF | 2:17-cv-00814-GMN-GWF |
| 2:17-cv-00312-GMN-GWF | 2:17-cv-00538-GMN-GWF | 2:17-cv-00815-GMN-GWF |
| 2:17-cv-00313-GMN-GWF | 2:17-cv-00539-GMN-GWF | 2:17-cv-00816-GMN-GWF |
| 2:17-cv-00395-GMN-GWF | 2:17-cv-00541-GMN-GWF | 2:17-cv-00817-GMN-GWF |
| 2:17-cv-00396-GMN-GWF | 2:17-cv-00551-GMN-GWF | 2:17-cv-00823-GMN-GWF |
| 2:17-cv-00397-GMN-GWF | 2:17-cv-00554-GMN-GWF | 2:17-cv-00826-GMN-GWF |
| 2:17-cv-00398-GMN-GWF | 2:17-cv-00555-GMN-GWF | 2:17-cv-00827-GMN-GWF |
| 2:17-cv-00399-GMN-GWF | 2:17-cv-00556-GMN-GWF | 2:17-cv-00830-GMN-GWF |
| 2:17-cv-00400-GMN-GWF | 2:17-cv-00557-GMN-GWF | 2:17-cv-00833-GMN-GWF |
| 2:17-cv-00401-GMN-GWF | 2:17-cv-00558-GMN-GWF | 2:17-cv-00835-GMN-GWF |
| 2:17-cv-00402-GMN-GWF | 2:17-cv-00559-GMN-GWF | 2:17-cv-00836-GMN-GWF |
| 2:17-cv-00403-GMN-GWF | 2:17-cv-00560-GMN-GWF | 2:17-cv-00837-GMN-GWF |
| 2:17-cv-00404-GMN-GWF | 2:17-cv-00561-GMN-GWF | 2:17-cv-00838-GMN-GWF |
| 2:17-cv-00405-GMN-GWF | 2:17-cv-00563-GMN-GWF | 2:17-cv-00839-GMN-GWF |
| 2:17-cv-00407-GMN-GWF | 2:17-cv-00565-GMN-GWF | 2:17-cv-00840-GMN-GWF |
| 2:17-cv-00408-GMN-GWF | 2:17-cv-00567-GMN-GWF | 2:17-cv-00841-GMN-GWF |
| 2:17-cv-00409-GMN-GWF | 2:17-cv-00568-GMN-GWF | |
| 2:17-cv-00411-GMN-GWF | 2:17-cv-00569-GMN-GWF | |
| 2:17-cv-00415-GMN-GWF | 2:17-cv-00571-GMN-GWF | |
| 2:17-cv-00417-GMN-GWF | 2:17-cv-00572-GMN-GWF | |
| 2:17-cv-00418-GMN-GWF | 2:17-cv-00584-GMN-GWF | |
| 2:17-cv-00419-GMN-GWF | 2:17-cv-00585-GMN-GWF | |
| 2:17-cv-00423-GMN-GWF | 2:17-cv-00586-GMN-GWF | |
| 2:17-cv-00425-GMN-GWF | 2:17-cv-00587-GMN-GWF | |
| 2:17-cv-00426-GMN-GWF | 2:17-cv-00588-GMN-GWF | |
| 2:17-cv-00427-GMN-GWF | 2:17-cv-00589-GMN-GWF | |
| 2:17-cv-00428-GMN-GWF | 2:17-cv-00590-GMN-GWF | |
| 2:17-cv-00429-GMN-GWF | 2:17-cv-00591-GMN-GWF | |
| 2:17-cv-00430-GMN-GWF | 2:17-cv-00592-GMN-GWF | |
| 2:17-cv-00433-GMN-GWF | 2:17-cv-00593-GMN-GWF | |
| 2:17-cv-00435-GMN-GWF | 2:17-cv-00594-GMN-GWF | |
| 2:17-cv-00436-GMN-GWF | 2:17-cv-00595-GMN-GWF | |
| 2:17-cv-00437-GMN-GWF | 2:17-cv-00596-GMN-GWF | |
| 2:17-cv-00438-GMN-GWF | 2:17-cv-00597-GMN-GWF | |
| 2:17-cv-00518-GMN-GWF | 2:17-cv-00598-GMN-GWF | |
| 2:17-cv-00519-GMN-GWF | 2:17-cv-00599-GMN-GWF | |
| 2:17-cv-00520-GMN-GWF | 2:17-cv-00600-GMN-GWF | |
| 2:17-cv-00522-GMN-GWF | 2:17-cv-00601-GMN-GWF | |
| 2:17-cv-00523-GMN-GWF | 2:17-cv-00602-GMN-GWF | |
| 2:17-cv-00524-GMN-GWF | 2:17-cv-00783-GMN-GWF | |
| 2:17-cv-00526-GMN-GWF | 2:17-cv-00787-GMN-GWF | |
| 2:17-cv-00527-GMN-GWF | 2:17-cv-00791-GMN-GWF | |

**OMNIBUS ORDER**

On or about March 29, 2017, the Court entered a sealed Omnibus Order in each of the above-referenced cases directing Plaintiff to file a revised certificate of interested parties because it determined that pursuant to the Litigation Funding Agreement, Litigation Management and Financial Services, LLC also has a direct, pecuniary interest in the outcome of these cases and should be disclosed by Plaintiff in his certificates of interested parties. The Court has determined that the Omnibus Order was erroneously filed under seal and Plaintiff should not be filing his amended certificate of interested parties under seal. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall unseal the Omnibus Order regarding the refiling of Plaintiff's certificate of interested parties in each of the above-listed cases.

**IT IS HEREBY ORDERED** that Plaintiff shall not file his amended certificates of interested parties under seal.

DATED this 14th day of April, 2017.

_George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge